NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-1318

SHEN WEI (USA) INC.
and MEDLINE INDUSTRIES, INC.,

Plaintiffs-Appellants,

v.

SEMPERMED, INC.,

Defendant-Appellee.

Appeals from the United States District Court for the Northern District of Illinois in case no. 05-CV-6004, Judge Ronald A. Guzman.

- - - - - - - - - - - - - - - - - - - - - -

2009-1324

SHEN WEI (USA) INC.
and MEDLINE INDUSTRIES, INC.,

Plaintiffs-Appellants,

v.

ANSELL HEALTHCARE PRODUCTS, LLC,

Defendant-Appellee.

Appeal from the United States District Court for the Northern District of Illinois in case no. 05-CV-6003, Judge Ronald A. Guzman.

ON MOTION

Before BRYSON, Circuit Judge.

ORDER

Ansell Healthcare Products moves to consolidate 2009-1318 and 2009-1324.

Shen Wei (USA) Inc. and MedLine Industries, Inc. oppose and move for a stay of 2009-

1324 pending this court's disposition of 2009-1318. Ansell replies and opposes the motion for a stay. Shen Wei and MedLine reply. Shen Wei and MedLine move for an extension of time to file their brief. Ansell opposes. Shen Wei and MedLine reply.

Upon consideration thereof,

IT IS ORDERED THAT:

(1)     The motion to consolidate is granted to the limited extent that the cases will be treated as companion cases for purposes of oral argument. The motion for a stay is denied.

(2)     The motion for an extension of time is granted. The appellants' opening brief in 2009-1324 is due within 14 days of the date of filing of this order. If appropriate, the appellants in 2009-1324 may incorporate by reference arguments or statements made in their opening brief in 2009-1318 and thereby shorten the length of the brief in 2009-1324.

(3)     After the two cases are fully briefed, they will be treated as companion cases for purposes of oral argument, i.e., they will be heard consecutively by the same merits panel.

FOR THE COURT

__JUL 0 2 2009__
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:     Edward F. McCormack, Esq.
Thomas B. Kenworthy, Esq.
Michael J. Fink, Esq.

s19

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUL 0 2 2009

JAN HORBALY
CLERK

2009-1318, -1324                    2